```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 07288
   DANIEL P CALLAHAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2289

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 06/21/2006 and was confirmed 10/05/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.60%.

      The case was dismissed after confirmation 10/16/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
-----------------------------------------------------------------------
AMERICAN HOME MTG           CURRENT MORTG     29788.98           .00       29788.98
AMERICAN HOME MTG           MORTGAGE ARRE     39154.71           .00        3031.82
PIERCE & ASSOC              NOTICE ONLY      NOT FILED           .00             .00
WILL COUNTY CIRCUIT CT C    NOTICE ONLY      NOT FILED           .00             .00
AFFIRMATIVE INSURANCE       UNSECURED        NOT FILED           .00             .00
AFFIRMATIVE INC CO          NOTICE ONLY      NOT FILED           .00             .00
AMERICAN COLLECTION         UNSECURED        NOT FILED           .00             .00
TCF NATIONAL BANK           NOTICE ONLY      NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC    UNSECURED          1504.57           .00             .00
CITIBANK                    UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED           .00             .00
ROUNDUP FUNDING LLC         UNSECURED           615.58           .00             .00
FORD MOTOR CREDIT CORPOR    UNSECURED        NOT FILED           .00             .00
ILLINOIS TOLLWAY            UNSECURED        NOT FILED           .00             .00
MICHAEL D SEARLE            UNSECURED         21820.96           .00             .00
NATIONAL AUTO FINANCE CO    UNSECURED         14389.19           .00             .00
NICOR GAS                   UNSECURED          1215.87           .00             .00
AT & T BANKRUPCTY           UNSECURED        NOT FILED           .00             .00
TERRY DOWD INC              UNSECURED        NOT FILED           .00             .00
VILLAGE OF PARK FOREST      UNSECURED        NOT FILED           .00             .00
VILLAGE OF PARK FOREST      UNSECURED        NOT FILED           .00             .00
VILLAGE OF PARK FOREST      NOTICE ONLY      NOT FILED           .00             .00
VILLAGE OF SUMMIT           UNSECURED        NOT FILED           .00             .00
VILLAGE OF SUMMIT           NOTICE ONLY      NOT FILED           .00             .00
VILLAGE OF TINLEY PARK      UNSECURED          1500.00           .00             .00
VILLAGE OF TINLEY PARK      NOTICE ONLY      NOT FILED           .00             .00
CAPITAL ONE                 UNSECURED           679.23           .00             .00
TIMOTHY K LIOU              DEBTOR ATTY       1,557.20                       1,557.20
TOM VAUGHN                  TRUSTEE                                          2,465.20
DEBTOR REFUND               REFUND                                           2,400.00

      Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07288 DANIEL P CALLAHAN
```

```
--------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   39,243.20

PRIORITY                                                   .00
SECURED                                              32,820.80
UNSECURED                                                  .00
ADMINISTRATIVE                                        1,557.20
TRUSTEE COMPENSATION                                  2,465.20
DEBTOR REFUND                                         2,400.00
                          ---------------         ---------------
TOTALS                    39,243.20                  39,243.20
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE









                            PAGE   2
         CASE NO. 06 B 07288 DANIEL P CALLAHAN